**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                                        **NO. 4:13CR00206-001 KGB**

**JAMES H. MORTON**                                        **DEFENDANT**

<u>**ORDER**</u>

Pending is the government's Motion for Voluntary Dismissal of Misdemeanor Information against James H. Morton  (Dkt. No. 3).  For good cause shown, the Motion is granted.

SO ORDERED this 14th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE